

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICKEY D. SMITH,<br><br>    Defendant. | Case No. 24-CR- 30001<br><br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2260A |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
(Sexual Exploitation of a Child)

Between September 1, 2023, and September 2, 2023, within the Central District of Illinois,

RICKEY D. SMITH,

the defendant, did employ, use, persuade, induce, entice, and coerce a minor, MINOR VICTIM ONE, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
(Possession of Child Pornography)

Between September 1, 2023, and September 2, 2023, within the Central District of Illinois,

RICKEY D. SMITH,

defendant herein, knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), in that the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and that said images were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b).

## COUNT THREE
(Penalties for Registered Sex Offenders)

Between September 1, 2023, and September 2, 2023, in Sangamon County, in the Central District of Illinois, and elsewhere,

RICKEY D. SMITH,

the defendant, being required by Federal and State law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251.

In violation of Title 18, United States Code, Section 2260A.

## FORFEITURE NOTICE

1. The charges contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. For his engagement in the violations alleged in Counts One and Two,

RICKEY D. SMITH,

the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Counts One and Two of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One, Two, and Three of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Counts One and Two of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- A Black Apple iPhone 11 (Model# A2111) IMEI Number: 356870119622179

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL,

s/Foreperson
FOREPERSON

for s/Tanner K Jacobs
GREGORY K. HARRIS
UNITED STATES ATTORNEY
TKJ